IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20-CR-139 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| BLAINE KILLION, | : | 18 U.S.C. § 641 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 641)

From exact dates unknown, but beginning on or about June 9, 2018 and continuing until on or about April 15, 2019, in the Southern District of Ohio, the Defendant, **BLAINE KILLION**, did knowingly embezzle, steal, and purloin a thing of value of the United States, that is: United States currency.

In violation of 18 U.S.C. § 641.

## COUNT 2

(18 U.S.C. § 641)

From exact dates unknown, but beginning on or about August 4, 2019 and continuing until on or about August 17, 2019, in the Southern District of Ohio, the Defendant, **BLAINE**

**KILLION**, did knowingly embezzle, steal, and purloin a thing of value of the United States, that is: United States currency.

In violation of 18 U.S.C. § 641

DAVID M. DEVILLERS
United States Attorney

*[signature]*

JULIENNE MCCAMMON
Special Assistant United States Attorney